UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CLARK,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>GREGORY COX, et al,<br><br>　　　　　Defendant(s). | Case No. 2:12-cv-01265-APG-NJK<br><br>ORDER STRIKING FILED DOCUMENT |

　　　　Before the Court is Defendants' Motion to Strike Plaintiff's Notice of Service of Motion, Docket No. 31, which is hereby GRANTED.

　　　　Pursuant to Federal Rule of Civil Procedure 12(f), Court may strike "any redundant, immaterial, impertinent, or scandalous matter." Fed.R.Civ.P. 12(f). Here, Plaintiff filed a Notice of Service of Motion, Docket No. 28, indicating that Defendants were served with Plaintiff's Opposition to the Motion to Dismiss or in the Alternative Motion for Summary Judgment. The certificate of service for Plaintiff's Opposition indicates that service was made on February 21, 2014. Therefore, Plaintiff's Notice of Opposition is redundant and shall be **STRICKEN** by the Clerk.

　　　　The Court hereby **ORDERS** the parties and counsel to cease filing any notice of service unless specifically instructed to do so by the Court. Failure to abide by this order may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

　　　　IT IS HEREBY ORDERED that Defendants' Motion to Strike Plaintiff's Notice of Service of Motion, Docket No. 31, is **GRANTED**.

　　　　IT IS SO ORDERED.

　　　　DATED: March 7, 2014.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge