UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM CLARK,<br><br>                        Plaintiff,<br><br>    v.<br><br>GREGORY COX, et al.,<br><br>                        Defendants. | Case No. 2:12-cv-1265-APG-NJK<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER DENYING APPOINTMENT OF COUNSEL**<br><br>(Dkt. ##35, 38) |

Plaintiff filed a motion for appointment of counsel. (Dkt. #34.) Magistrate Judge Koppe denied that motion. (Dkt. #35.) Plaintiff filed an Objection to that Order. (Dkt. #38.) I have reviewed the Objection, Judge Koppe's Order, and the underlying papers. Judge Koppe's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Therefore,

**IT IS HEREBY ORDERED** that Magistrate Judge Koppe's Order is affirmed in its entirety, and Plaintiff's Objection (Dkt. #38) is overruled.

DATED this 6th day of November, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE