ADAM P. LAXALT
Attorney General
ANDREA R. BARRACLOUGH
Deputy Attorney General
Nevada Bar No. 9158
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1260
E-mail:  abarraclough@ag.nv.gov

*Attorneys for Defendants*
*Christopher Trautman and David Willis*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CLARK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GREGORY COX, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:12-cv-01265-APG-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff WILLIAM CLARK, *pro se*, and Defendants, by and through their counsel Adam P. Laxalt, Attorney General of the State of Nevada, and Andrea R. Barraclough, Deputy Attorney General, as a result of a Settlement Agreement reached, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own costs.

DATED this 13th day of January, 2015.

_____
William Clark
Plaintiff, *pro se*

ADAM P. LAXALT
Attorney General

By_____
Andrea R. Barraclough
Deputy Attorney General
*Attorneys for Defendants*

**APPROVED AND SO ORDERED:**

Dated:  January 15, 2014.

_____
United States District Judge